Tudor, et ux. *v.* Atlantic Breeders Cooperative, Appellant, et al.

Argued September 10, 1973. *Carl A. Belin, Jr.*, with him *Belin, Belin & Naddeo*, for appellant; *Anthony S. Guido*, for appellees.

Judgment affirmed.

Warner *v.* Jordan et ux., Appellants.

Argued September 18, 1973. *Thomas M. Garrity*, with him *Wisler, Pearlstine, Talone, Craig & Garrity*, for appellants; *Edward Fackenthal*, with him *Henderson, Wetherill, O'Hey & Horsey*, for appellee.

Judgment affirmed.

SPAULDING, J., absent.